

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:10-CR-5** |
| | § | |
| **ANA LIDIA GONZALEZ** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*

*Before the United States Magistrate Judge* [Clerk's doc. #14]. The magistrate judge recommended

that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further

recommended that the Court finally adjudge Defendant as guilty on **Count I** of the **Information**

filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion

that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #14] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Ana Lidia Gonzalez, is hereby adjudged as guilty on **Count I** of the charging **Information** charging violations of Title 18, United States Code, Section 656.

So **ORDERED** and **SIGNED** this **12** day of **March, 2010.**

_____
Ron Clark, United States District Judge